# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
## MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VENUS EDWARDS,                    )
                                  )
        Plaintiff,                )
                                  )    CIVIL ACTION NO.
        v.                        )      2:07cv419-MHT
                                  )
STATE OF ALABAMA, et al.,         )
                                  )
        Defendants.               )
```

### ORDER

It is ORDERED that the motion to withdraw (Doc. No. 5) is granted.

DONE, this the 22nd day of May, 2007.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE