IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **VENUS EDWARDS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv419-MHT |
| | ) | |
| **STATE OF ALABAMA, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 7) is granted.

DONE, this the 23rd day of May, 2007.

       /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**