**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| **VENUS EDWARDS,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO.** |
| ) | **2:07cv419-MHT** |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF APPEARANCE

COMES NOW Charles W. Reed and Jenifer Champ Wallis of the law firm Campbell, Waller & Poer, LLC, and enters their appearances as additional counsels of record for Defendants in the above-styled cause.

Respectfully Submitted,

 /s/  Charles W. Reed, Jr.
Charles W. Reed, Jr. (ASB-4383-D51C)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
creed@cwp-law.com - email


 /s/  Jenifer Champ Wallis
Jennifer Champ Wallis (ASB-1993-R73W)
One of the Attorneys for Defendants
CAMPBELL, WALLER & POER, L.L.C.
2100A SouthBridge Parkway
Suite 450
Birmingham, AL 35209
205- 803-0051 - telephone
205-803-0053 – facsimile
jwallis@cwp-law.com – email

## CERTIFICATE OF SERVICE

  I hereby certify that I have on June 5, 2007, electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail as indicated below):

**Rocco Calamusa, Jr.**
Wiggins Childs Quinn & Pantanzis, PC
301 19th Street North
Birmingham, AL 35203-3204

**Margaret L. Fleming**
**Troy Robin King**
Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130-0152

**Henry Lewis Gillis**
Thomas Means Gillis & Seay PC
PO Drawer 5058
Montgomery, AL 36103-5058

**Roger Lee Bates**
**Mark Thomas Waggoner**
Hand Arendall, LLC
2001 Park Place North
1200 Park Place Tower
Birmingham, AL 35203

**Ricky J. McKinney**
Burr & Forman LLP
420 North Twentieth Street
Suite 3100
Birmingham, AL 35203

**Milton J. Westry**
DeBardelaben Norwood & Westry LLC
PO Box 152
Montgomery, AL 36101-0152

**Roderick Twain Cooks**
Winston Cooks, LLC
319 17th Street North
Birmingham, AL 35203

**Gary R. (Rick) Trawick**
Slaten & O'Connor, PC
105 Tallapoosa Street
Suite 101
Montgomery, AL 36104

**Willie Julius Huntley, Jr.**
The Huntley Firm PC
PO Box 370
Mobile, AL 36601

**A Michelle Clemon**
**Warren Bricken Lightfoot, Jr.**
**David Michael Smith**
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

**Courtney Wayne Tarver**
Department of Mental Health & Mental Retardation
Bureau of Legal Services
P. O. Box 301410
Montgomery, AL 36130-1410

        /s/ Charles W. Reed, Jr.
        OF COUNSEL