**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **VENUS EDWARDS,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **CIVIL ACTION NO.:** |
| | )    **2:07-CV-419** |
| **STATE OF ALABAMA, et al.** | ) |
|     **Defendants.** | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Russell W. Adams, and files his Notice of Appearance, as additional counsel of record for plaintiff, Venus Edwards.

                                                                Respectfully submitted,

                                                                s/ Russell W. Adams
                                                                Rocco Calamusa, Jr.
                                                                Russell W. Adams
                                                                Counsel for Plaintiff

**OF COUNSEL**:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
Telephone No.: (205) 314-0500
Facsimile No.: (205) 254-1500

## CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the above and foregoing document has been filed with the Clerk of Court using the CM/ECF system which will electronically notify that the following counsel of record:

Alice Ann Byrne, Esq.
State Personnel Department
64 North Union Street
Montgomery, Alabama 36104

Brandy Murphy Lee
Campbell, Waller & Poer, LLC
2100-A SouthBridge Parkway
Suite 450
Birmingham, Alabama 35209

on this the  6th  day of June, 2007

                                              s/ Russell W. Adams
                                              OF COUNSEL