**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **VENUS EDWARDS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.** |
| **v.** | ) | **07cv419-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.,* | ) | |
| | ) | |
| *Defendants.* | ) | |

_____

## JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 14], requiring the

parties to jointly prepare a statement concerning representation, the following is submitted:

A.     **Defendants remaining in the case:**

  1.  Department of Mental Health & Mental Retardation

  2.  State Personnel Department

  3.  Jackie Graham, Director of State Personnel Department

  4.  State of Alabama

  5.  Governor Bob Riley[1]

B.     **Attorneys in the case:**

  1.  Russell W. Adams

  2.  Rocco Calamusa, Jr.

  3.  Warren B. Lightfoot, Jr.

_____

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend that John Houston, Commissioner of Department of Mental Health & Mental Retardation, is also a proper defendant.

4. John B. Holmes III

5. Abigail H. Avery

6. Courtney W. Tarver

7. Tamara R. Pharrams

8. Alice Ann Byrne

**C.**     **Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Venus Edwards | Russell W. Adams |
| | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |
| Department of Mental Health | Warren B. Lightfoot, Jr. |
| & Mental Retardation | John B. Holmes III |
| | Abigail H. Avery |
| | Courtney W. Tarver |
| | Tamara R. Pharrams |

The parties agree that the Governor and the State of Alabama shall be dismissed from this action without prejudice, subject to the Plaintiff's right to reinstate the Governor and the State of Alabama as defendants upon notice to the Court and the parties. The Governor and the State would then be reinstated as defendants in this action as if they had never been dismissed such

that any application statute of limitations shall be tolled during the dismissal period.   The

Defendants agree that no objection or defense arising from the dismissal will be raised.

Respectfully submitted, this 7th day of August, 2007.


                                              __/s/ Russell W. Adams_____
                                              RUSSELL W. ADAMS (ASB 3760-A62R)
                                              Attorney for Plaintiff


Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500


                                              __/s/ Alice Ann Byrne_____
                                              ALICE ANN BYRNE (BYR 015)
                                              Attorney for Defendants
                                              State of Alabama, Governor Fob James,
                                              and State Personnel Department


Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451


                                              __/s/ Warren B. Lightfoot, Jr._____
                                              WARREN B. LIGHTFOOT, JR. (LIG 003)
                                             JOHN B. HOLMES, III (HOL 115)
                                             ABIGAIL H. AVERY (AVE 014)
                                             Attorney for Defendant
                                             Department of Mental Health
                                             and Mental Retardation


Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618
(205) 254-1000


3

　　/s/　Courtney W. Tarver　　　　　
COURTNEY W. TARVER (TAR 009)
TAMARA R. PHARRAMS (TAR 002)
Attorneys for Defendant
Department of Mental Health
and Mental Retardation

Address of Counsel:
DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL  36130-1410
(334) 242-3038