IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENUS EDWARDS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 07cv419-MHT |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

_____

**CORRECTED JOINT STATEMENT REGARDING REPRESENTATION OF PARTIES**

In response to this Honorable Court's Order of June 25, 2007 [Doc. No. 14], requiring the parties to jointly prepare a statement concerning representation, the following is submitted:

    A.    **Defendants remaining in the case:**

        1.  Department of Mental Health & Mental Retardation

        2.  State Personnel Department

        3.  Jackie Graham, Director of State Personnel Department

        4.  State of Alabama

        5.  Governor Bob Riley[1]

    B.    **Attorneys in the case:**

        1.  Russell W. Adams

        2.  Rocco Calamusa, Jr.

        3.  Warren B. Lightfoot, Jr.

---

[1] The defendants contend that the State and Governor Riley are not proper defendants. Plaintiffs contend that John Houston, Commissioner of Department of Mental Health & Mental Retardation, is also a proper defendant.

4. John B. Holmes III

5. Abigail H. Avery

6. Courtney W. Tarver

7. Tamara R. Pharrams

8. Alice Ann Byrne

**C.    Representation of parties:**

| Plaintiff: | Attorneys |
|---|---|
| Venus Edwards | Russell W. Adams |
|  | Rocco Calamusa, Jr. |

| Defendants: | Attorneys |
|---|---|
| State Personnel Department | Alice Ann Byrne |
| Jackie Graham, Director | Alice Ann Byrne |
| State of Alabama | Alice Ann Byrne |
| Governor Bob Riley | Alice Ann Byrne |
| Department of Mental Health & Mental Retardation | Warren B. Lightfoot, Jr. |
|  | John B. Holmes III |
|  | Abigail H. Avery |
|  | Courtney W. Tarver |
|  | Tamara R. Pharrams |

Respectfully submitted, this 7th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Russell W. Adams
　　　　　　　　　　　　　　　　　　　　　　　　RUSSELL W. ADAMS (ASB 3760-A62R)
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Address of Counsel:
WIGGINS CHILDS QUINN & PANTAZIS, P.C.

The Kress Building
301 19th Street North
Birmingham, AL  35203-3204
(205) 314-0500

   /s/ Alice Ann Byrne_____
ALICE ANN BYRNE (BYR 015)
Attorney for Defendants
State of Alabama, Governor Fob James,
and State Personnel Department

Address of Counsel :
STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
64 North Union Street
Folsom Administrative Bldg.~Suite 316
Montgomery, AL  36130
(334) 242-3451

   /s/ Warren B. Lightfoot, Jr._____
WARREN B. LIGHTFOOT, JR. (LIG 003)
JOHN B. HOLMES, III (HOL 115)
ABIGAIL H. AVERY (AVE 014)
Attorney for Defendant
Department of Mental Health
and Mental Retardation

Address of Counsel :
MAYNARD COOPER & GALE, PC
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL  35203-2618
(205) 254-1000

                                          /s/   Courtney W. Tarver  
                                        COURTNEY W. TARVER (TAR 009)  
                                        TAMARA R. PHARRAMS (TAR 002)  
                                        Attorneys for Defendant  
                                        Department of Mental Health  
                                        and Mental Retardation

Address of Counsel:
DEPARTMENT OF MENTAL HEALTH
AND MENTAL RETARDATION
P. O. Box 301410
Montgomery, AL  36130-1410
(334) 242-3038