IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | | |
|---|---|---|
| VENUS EDWARDS, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|   v. | ) | 2:07cv419-MHT |
| | ) | |
| STATE OF ALABAMA, et al., | ) | |
| | ) | |
|   Defendants. | ) | |

ORDER

Upon consideration of the corrected joint statement
regarding representation of parties (doc. no. 18), it is
ORDERED as follows:

(1)  All defendants, except those listed in the joint

statement, are dismissed.

(2)  All attorneys, except those listed in the joint

statement, are discharged.

(3)  The parties and attorneys are as set forth in

Part C of the joint statement.

DONE, this the 8th day of August, 2007.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE