**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **VENUS EDWARDS,** | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | **CIVIL ACTION NO.:** |
| **v.** | ) | **07 cv 419-MHT** |
| | ) | |
| **STATE OF ALABAMA,** *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | |

_____

**AMENDED**
**CONFLICT DISCLOSURE STATEMENT**

Defendants State of Alabama, Governor Bob Riley, State Personnel Department, and Jackie Graham, in her official capacity as Director of the State Personnel Department, in the above-captioned matter, and in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1.    Defendant State of Alabama is a governmental entity;

2.    Defendant Governor Bob Riley is an individual;

3.    Defendant State Personnel Department is a governmental entity; and

4.    Defendant Jackie Graham is an individual.

Respectfully submitted, this 8th day of August, 2007.

/s/ Alice Ann Byrne
ALICE ANN BYRNE, ESQ. (BYR 015)
Attorney for Defendants
State of Alabama, Governor Bob Riley,
State Personnel Department, and
Jackie Graham, Director of State
Personnel Department

STATE PERSONNEL DEPARTMENT
LEGAL DIVISION
Folsom Administrative Building
64 North Union Street ~ Suite 316
Montgomery, AL  36130
(334) 242-3451
(334) 353-4481 fax

### CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2007, the foregoing document was filed electronically with the Clerk of the Court via the CM/ECF system which will send notice of electronic filing to the following:

For the Plaintiff:
        Russell W. Adams, Esq.
        Rocco Calamusa, Jr., Esq.
        WIGGINS CHILDS QUINN & PANTAZIS, P.C.
        The Kress Building
        301 19th Street North
        Birmingham, AL  35203-3204

For Defendant Department of Mental Health and Mental Retardation:
        Warren B. Lightfoot, Jr., Esq.
        John B. Holmes, III, Esq.
        Abigail H. Avery, Esq.
        MAYNARD COOPER & GALE, PC
        1901 Sixth Avenue North
        2400 AmSouth/Harbert Plaza
        Birmingham, AL  35203-2618

        Courtney W. Tarver, Esq.
        Tamara R. Pharrams, Esq.
        DEPARTMENT OF MENTAL HEALTH AND
        MENTAL RETARDATION
        P. O. Box 301410
        Montgomery, AL  36130-1410

/s/  Alice Ann Byrne
Of Counsel

2