IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VENUS EDWARDS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION No:2:07cv419-MHT |
| | ) |
| STATE OF ALABAMA | ) |
| DEPARTMENT OF MENTAL HEALTH | ) |
| and MENTAL RETARDATION and its | ) |
| Commissioner, JOHN HOUSTON, | ) |
| | ) |
|    Defendants. | ) |

**NOTICE OF DISMISSAL**

     The Plaintiff, pursuant to Rule 41(a)(1)(i), *Fed.R.Civ.P.*, hereby gives notice of the dismissal, without prejudice, of the above-styled action, for reason that the Plaintiff's claims were previously filed, *pro se*, in *Edwards v. State of Alabama, et al*, CV 2:99cv01278-WHA-SRW with final judgment against the Plaintiff having been entered and the action dismissed in 2001.

                              Respectfully submitted,

                              /s/ Joseph H. Calvin III

                              Joseph H. Calvin III
                              Counsel for the Plaintiff

42891.wpd

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
(205) 314-0500

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties, and I hereby certify that, to the best of my knowledge and belief, there are no non-CM/ECF participants to whom the foregoing is due to be mailed by way of the United States Postal Service.

      /s/ Joseph H. Calvin III
      Of Counsel